ACCEPTED
03-15-00498-CV
6590488
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 4:56:29 PM
JEFFREY D. KYLE
CLERK

# RMWBH
## ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

**MARK B. RABE**
Esq.

111 Congress Plaza, Suite 1620
Austin, Texas 78701
Telephone:  512.279.7344
Toll Free:   800.713.4625
www.rmwbhlaw.com

MRABE@RMWBHLAW.COM

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/20/2015 4:56:29 PM

JEFFREY D. KYLE
Clerk

August 13, 2015

***Via Federal Express***
Amanda Anderson
c/o Travis County Court at Law No. 2
1000 Guadalupe St., Room 211
Austin, Texas 78701

Re:  Cause No. C-1-CV-15-001016;  *Chris Cashion and Lisa Cashion v. Long Canyon Phase II and III Homeowners Assn., Inc., Arthur Graf, Dennis Hamill, Walter Holland, Chris Jessee, Robert Kirkpatrick, John Morris, and Peter Torgrimson*; In Civil Court at Law No. 2, Travis County, Texas [State Court]

COA No. 03-15-00498-CV; *Long Canyon Phase II and III Homeowners Association, Inc. v. Chris Cashion and Lisa Cashion*; Court of Appeals, 3rd District of Texas [Appeal]

Dear Amanda:

Please accept this letter per our discussion relating to the above-referenced matter.  To confirm, enclosed is our Firm check in the amount of $328.00 for the expedited transcript of the Motion to Dismiss hearing held on June 22.  I cannot remember the cents you quoted, but please bill us for the extra amount due.   As discussed, you will file the transcript with the Court of Appeals on Monday, August 17, the deadline date, and will send us a copy of the records.

If there is anything further you require, please do not hesitate to contact me either at 713-840-1666, Ext. 142 or asmith@rmwbhlaw.com.

Thank you for your attention to this matter.

Sincerely

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

AUDREY R. SMITH
PARALEGAL TO MARK B. RABE

Houston      Austin      San Antonio      Dallas      Sugar Land

/ars

Enclosure

cc:      Courtland Crocker, Deputy Clerk
         3rd District Court of Appeals
         P.O. Box 12547
         Austin, TX 78711-2547